AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Massachusetts

Comcast of Massachusetts I, Inc.

v.

Thomas DeMarco

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-12168 GAO

TO: (Name and address of Defendant)

Thomas DeMarco
43 Wilmington Road
Burlington, MA 01803

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-8218

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE: OCT 14 2004

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

November 8, 2004

I hereby certify and return that on 11/5/2004 at 1:05PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET, CORPORATE DISCLOSURE STATEMENT in this action in the following manner: To wit, by delivering in hand to THOMAS DEMARCO at, 43 WILMINGTON Road, BURLINGTON, MA 01803. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($3.60), Postage and Handling ($1.00), Travel ($8.32) Total Charges $47.92

*George A. Hooper*

_____
Deputy Sheriff

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
           Date                  Signature of Server

                                 _____
                                 Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.