UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **COMCAST OF MASSACHUSETTS** <br> **Plaintiff** <br> **V.** <br> **THOMAS DEMARCO** <br> **Defendant** | CIVIL ACTION <br><br> NO.  04-12168-GAO |

### NOTICE OF DEFAULT

Upon application of the Plaintiff,  **COMCAST OF MASSACHUSETTS**  for an order of Default for failure of the Defendant,  **THOMAS DEMARCO** , to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this   **20**   day of  **MAY, 2005**                                 .

                                                              SARAH A. THORNTON
                                                              CLERK OF COURT


                                                              By:   **PAUL S. LYNESS**
                                                                      **Deputy Clerk**

**Notice mailed to:**

(Default Notice.wpd - 3/7/2005)