# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

<u>**COMCAST OF MASSACHUSETTS, INC.**</u>
      **Plaintiff(s)**

      v.                            CIVIL ACTION NO. <u>04-12168-GAO</u>

<u>THOMAS DEMARCO</u>
      **Defendant(s)**

## DEFAULT JUDGMENT

<u>O'TOOLE</u>, D.J.

      Upon application of the plaintiff for an order of default for failure of the Defendant to plead or otherwise defend, as provided by Rule 55(a) of FRCP, judgment is entered against defendant.

                                                  By the Court,

Dated: <u>JULY 19, 2005</u>                  <u>PAUL LYNESS</u>
                                                      **Deputy Clerk**

(Default Judgment.wpd - 12/98)